UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STALWART CAPITAL, LLC, a New Jersey limited liability company,

Plaintiff,

v.

ICAP PACIFIC NORTHWEST OPPORTUNITY AND INCOME FUND, LLC, a Delaware limited liability company, and ICAPEQUITY REAL ESTATE FUND I, LLC, an inactive Washington limited liability company, ICAP PACIFIC NORTHWEST REAL ESTATE FUND, LLC, a Washington limited liability company, and CHRIS CHRISTENSEN an individual, and the marital community of CHRIS CHRISTENSEN and JANE DOE CHRISTENSEN,

Defendants.

C14-1128 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Ninth Circuit's March 23, 2018 Memorandum, docket no. 136, each party is DIRECTED to file with this Court a disclosure statement pursuant to Local Civil Rule 7.1 including disclosing, without limitation, the citizenship of each member or owner of each LLC and Trust so that the Court can determine if there was

MINUTE ORDER - 1

complete diversity or citizenship at the time the complaint was filed. Each disclosure statement must be filed by April 20, 2018.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 28th day of March, 2018.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk