UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STALWART CAPITAL, LLC,

        Plaintiff,

  v.

ICAP PACIFIC NORTHWEST OPPORTUNITY AND INCOME FUND, LLC, et al.,

        Defendants.

C14-1128 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to dismiss iCapEquity Real Estate Fund I, LLC ("iCap Real Estate Fund I") as a party to this action, docket no. 142, is DENIED. Within fourteen (14) days of the date of this Minute Order, a disclosure statement pursuant to Local Civil Rule 7.1 shall be filed, which identifies, and indicates the citizenship of, the members and/or owners of iCap Real Estate Fund I, as of the date that the complaint was filed.

(2) Defendants' motion for entry of supplemental findings of fact and conclusions of law, docket no. 144, is RENOTED to June 8, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1