UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STALWART CAPITAL, LLC,

    Plaintiff,

v.

ICAP PACIFIC NORTHWEST OPPORTUNITY AND INCOME FUND, LLC, et al.,

    Defendants.

C14-1128 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion for extension filed by defendant iCapEquity Real Estate Fund I, LLC, docket no. 154, is GRANTED as follows. The revised corporate disclosure statement required by Minute Order entered June 14, 2018, docket no. 152, shall be filed on or before July 20, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1